# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARGARET E. SAGER, II, et al., | Case No. 2:16-cv-01706-GMN-PAL |
| Plaintiff(s), | |
| vs. | NOTICE |
| LVNV-BALTIMORE SOCIAL SECURITY ADMINISTRATION, et al., | |
| Defendant(s). | |

The judges assigned to this case are Chief United States District Judge Gloria M. Navarro and United States Magistrate Judge Peggy A. Leen. The undersigned magistrate judge is not assigned to this case and, therefore, can provide no relief to Plaintiff in this case. Plaintiff has sought the undersigned magistrate judge's review of her case and/or assistance. *See, e.g.*, Docket No. 1-1. To that end, Plaintiff has attempted to communicate with the undersigned magistrate judge both in writing and telephonically on numerous occasions. The undersigned magistrate judge repeats herein that Plaintiff must seek relief by filing requests on the docket and must cease her *ex parte* communications. *See* Local Rule IA 7-2(b). The undersigned magistrate judge and her staff will not respond to letters or other *ex parte* communications.

IT IS SO ORDERED.

DATED: September 26, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge