# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARGARET E. SAGER, II; VICTOR J. ALBANESE, <br><br> Plaintiffs, <br><br> vs. <br><br> LVNV-BALTIMORE SOCIAL SECURITY ADMINISTRATIONS, *et al.*, <br><br> Defendants. | Case No.: 2:16-cv-01706-GMN-PAL <br><br> **ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE PEGGY A. LEEN** |

Before the Court for consideration is the Report and Recommendation, (ECF No. 11), of the Honorable Peggy A. Leen, United States Magistrate Judge, entered June 2, 2017.

Pursuant to Local Rule IB 3-2(a), objections were due by June 16, 2017. No objections have been filed. In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and agrees with Magistrate Judge Leen's recommendations that Plaintiff's Complaint, (ECF No. 13), be dismissed. Therefore, the Court has determined that Magistrate Judge Leen's Recommendation should be **ACCEPTED** and **ADOPTED** in full.

**IT IS THEREFORE ORDERED** that the Report and Recommendation, (ECF No. 11), is **ACCEPTED and ADOPTED in full.** The Complaint, (ECF No. 7), is **DISMISSED without prejudice**.

**DATED** this __29__ day of June, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Judge

Page 1 of 1